IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02176-REB-KLM

DYWAND DAYTRON JULIEN,

    Plaintiff,

v.

KEVIN MILYARD, in his individual capacity, and as Superintendent/Warden employed by the State of Colorado Department of Corrections, in his official capacity,
CAROL SOARES, in her individual capacity, and in her official capacity as associate warden employed by the State of Colorado Department of Corrections,
LLOYD WAIDE, in his individual capacity, and his official capacity as Major employed by the State of Colorado Department of Corrections,
MICHELLE NYCZ, in her individual capacity, and her official capacity as Captain employed by the State of Colorado Department of Corrections,
WESLEY WILSON, in his individual capacity, and his official capacity as Case Manager employed by the State of Colorado Department of Corrections,
JAMES OLSON, in his individual capacity, and his official capacity as Case Manager employed by the State of Colorado Department of Corrections,
JOHN WATTS, in his individual capacity, and his official capacity as Case Manager employed by the State of Colorado Department of Corrections, and
JOE ORTIZ, in his individual capacity, and his official capacity as former Executive Director employed by the State of Colorado Department of Corrections,

    Defendants.
_____

### ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE
_____

    IT IS HEREBY **ORDERED** that a preliminary Scheduling Conference is set for **March 6, 2008 at the hour of 10:00 a.m.**, in Courtroom A501, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C. COLO.LCivR. 16.1 and 16.2. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed. Plaintiff and his/her case manager shall contact the court at: (303)-844-4892 on the above date and time in order to participate.

    IT IS FURTHER **ORDERED** that the Clerk's Office shall electronically mail a copy of this Minute Order to the legal assistant for the Department of Corrections at the

following address: service_of_process@doc.state.co.us.

Dated: January 8, 2008