IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 9 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02176-REB-KLM

DYWAND DAYTRON JULIEN,

Plaintiff,

v.

KEVIN MILYARD, in his individual capacity, and as Superintendent/Warden employed
    by the State of Colorado Department of Corrections, in his official capacity,
CAROL SOARES, in her individual capacity, and in her official capacity as associate
    warden employed by the State of Colorado Department of Corrections,
LLOYD WAIDE, in his individual capacity, and in his official capacity as Major employed
    by the State of Colorado Department of Corrections,
MICHELLE NYCZ, in her individual capacity, and her official capacity as Captain
    employed by the State of Colorado Department of Corrections,
WESLEY WILSON, in his individual capacity, and his official capacity as Case Manager
    employed by the State of Colorado Department of Corrections,
JAMES OLSON, in his individual capacity, and his official capacity as Case Manager
    employed by the State of Colorado Department of Corrections,
JOHN WATTS, in his individual capacity, and his official capacity as Case Manager
    employed by the State of Colorado Department of Corrections, and
JOE ORTIZ, in his individual capacity, and in his official capacity as former Executive
    Director employed by the State of Colorado Department of Corrections,

Defendants.

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis.*

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from

each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated January 8, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02176-REB-KLM

Dywand Daytron Julien
Prisoner No. 48236
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Kevin Milyard, Carol Soares,
Lloyd Waide, Michelle Nycz,
Wesley Wilson, James Olson,
and John Watts - **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Joe Ortiz

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Kevin Milyard, Carol Soares, Lloyd Waide, Michelle Nycz, Wesley Wilson, James Olson, and John Watts; to The United States Marshal Service for service of process on Joe Ortiz; and to John Suthers; AMENDED COMPLAINT FILED 12/12/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/08/09 .

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk