IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02176-REB-KLM

DYWAND DAYTRON JULIEN,

     Plaintiff,

v.

KEVIN MILYARD, in his individual capacity, and as Superintendent/Warden employed by
the State of Colorado Department of Corrections, in his official capacity,
CAROL SOARES, in her individual capacity, and in her official capacity as associate
warden employed by the State of Colorado Department of Corrections,
LLOYD WAIDE, in his individual capacity, and his official capacity as Major employed by
the State of Colorado Department of Corrections,
MICHELLE NYCZ, in her individual capacity, and her official capacity as Captain employed
by the State of Colorado Department of Corrections,
WELSEY WILSON, in his individual capacity, and his official capacity as Case Manager
employed by the State of Colorado Department of Corrections,
JAMES OLSON, in his individual capacity, and his official capacity as Case Manager
employed by the State of Colorado Department of Corrections,
JOHN WATTS, in his individual capacity, and his official capacity as Case Manager
employed by the State of Colorado Department of Corrections, and
JOE ORTIZ, in his individual capacity, and his official capacity as former Executive
Director employed by the State of Colorado Department of Corrections,

     Defendants.
_____

# MINUTE   ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

     This matter is before the Court on **Plaintiffs Motion for Appointment of Special
Process Servers Pursuant to Federal Rule Civil Procedure 4(c)(2)** [Docket No. 9; filed
December 12, 2007] (the "Motion").

     In light of the Court's Order Requiring Service by United States Marshal [Docket No.
17; filed January 9, 2008],  IT IS HEREBY **ORDERED** that the Motion [Docket No. 9] is
deemed **GRANTED**.

     Dated:       January 14, 2008