IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02176-REB-KLM

DYWAND DAYTRON JULIEN,

    Plaintiff,

v.

KEVIN MILYARD, in his individual capacity, and as Superintendent/Warden employed by the State of Colorado Department of Corrections, in his official capacity,
CAROL SOARES, in her individual capacity, and in her official capacity as associate warden employed by the State of Colorado Department of Corrections,
LLOYD WAIDE, in his individual capacity, and his official capacity as Major employed by the State of Colorado Department of Corrections,
MICHELLE NYCZ, in her individual capacity, and her official capacity as Captain employed by the State of Colorado Department of Corrections,
WELSEY WILSON, in his individual capacity, and his official capacity as Case Manager employed by the State of Colorado Department of Corrections,
JAMES OLSON, in his individual capacity, and his official capacity as Case Manager employed by the State of Colorado Department of Corrections,
JOHN WATTS, in his individual capacity, and his official capacity as Case Manager employed by the State of Colorado Department of Corrections, and
JOE ORTIZ, in his individual capacity, and his official capacity as former Executive Director employed by the State of Colorado Department of Corrections,

    Defendants.
_____

# MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Request for the Court to Direct the Authorities at the Sterling Correctional Facility to Ensure the Presence of Plaintiff-Prisoner for Preliminary Scheduling Conference Case No. 07-cv-02176, Julien v. Milyard, et al** [Docket No. 21; filed February 20, 2008] (the "Motion").

    Plaintiff's request for relief was sent by letter to the Court. As with all documents submitted to the Court, the letter has been filed by the Clerk of Court as a separate docket entry in the record of this case [Docket No. 21]. However, Plaintiff is warned that the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Colorado require that parties to civil litigation file *motions* when they seek

relief from the Court. Fed. Rule Civ. Pro. 7(b)(1) ("An application to the court for an order shall be by motion..."); D.C.Colo.L.Civ.R. 7.1C . In the future, the Court will not rule on letters seeking relief.

Finally, because Plaintiff was in attendance at the Preliminary Scheduling Conference held on March 6, 2008, IT IS HEREBY **ORDERED** that his Motion [Docket No. 21] is **DENIED AS MOOT**.

Dated: March 14, 2008