IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02176-REB-KLM

DYWAND DAYTRON JULIEN,

    Plaintiff,

v.

KEVIN MILYARD, in his individual capacity, and as Superintendent/Warden employed by the State of Colorado Department of Corrections, in his official capacity,
CAROL SOARES, in her individual capacity, and in her official capacity as associate warden employed by the State of Colorado Department of Corrections,
LLOYD WAIDE, in his individual capacity, and his official capacity as Major employed by the State of Colorado Department of Corrections,
MICHELLE NYCZ, in her individual capacity, and her official capacity as Captain employed by the State of Colorado Department of Corrections,
WELSEY WILSON, in his individual capacity, and his official capacity as Case Manager employed by the State of Colorado Department of Corrections,
JAMES OLSON, in his individual capacity, and his official capacity as Case Manager employed by the State of Colorado Department of Corrections,
JOHN WATTS, in his individual capacity, and his official capacity as Case Manager employed by the State of Colorado Department of Corrections, and
JOE ORTIZ, in his individual capacity, and his official capacity as former Executive Director employed by the State of Colorado Department of Corrections,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion Pursuant to Fed. R. Civ. P. 25(d) to Substitute the Party Aristedes W. Zavaras - Executive Director of the Colorado Department of Corrections for Joe Ortiz the Former Executive Director** [Docket No. 39; Filed August 4, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court is to substitute Defendant Aristedes W. Zavaras, Executive Director of the Colorado Department of Corrections, sued in his individual capacity and his official capacity, for Defendant Joe Ortiz, former Executive Director of the Colorado Department of Corrections.

Dated: August 12, 2008