IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

*13*
AUG ⊞ 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02176-REB-KLM

DYWAND DAYTRON JULIEN,

     Plaintiff,

v.

KEVIN MILYARD, in his individual capacity, and as Superintendent/Warden employed by the State of Colorado Department of Corrections, in his official capacity,
CAROL SOARES, in her individual capacity, and in her official capacity as associate warden employed by the State of Colorado Department of Corrections,
LLOYD WAIDE, in his individual capacity, and his official capacity as Major employed by the State of Colorado Department of Corrections,
MICHELLE NYCZ, in her individual capacity, and her official capacity as Captain employed by the State of Colorado Department of Corrections,
WELSEY WILSON, in his individual capacity, and his official capacity as Case Manager employed by the State of Colorado Department of Corrections,
JAMES OLSON, in his individual capacity, and his official capacity as Case Manager employed by the State of Colorado Department of Corrections,
JOHN WATTS, in his individual capacity, and his official capacity as Case Manager employed by the State of Colorado Department of Corrections,
ARISTEDES W. ZAVARAS, in his individual capacity, and his official capacity as Executive Director employed by the State of Colorado Department of Corrections,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

## ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915 [Docket No. 1]. Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed in **forma pauperis** [Docket No. 2]. By Order dated August 12, 2007 [Docket No. 41], I granted Plaintiff's Motion to substitute Aristedes W. Zavaras, Executive Director of the Colorado Department of Corrections, sued in his individual capacity and his official capacity, for Joe Ortiz, the former executive director of the Colorado Department of Corrections. It is now

    **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service

of the Complaint from Defendant Aristedes W. Zavaras.[1]  If the Clerk is unable to obtain waiver of service from this Defendant, the United States Marshal shall serve a copy of the Complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that Aristedes W. Zavaras or his counsel shall respond to the Complaint as provided for in the Federal Rules of Civil Procedure after service of process on him.

BY THE COURT:
__s/ Kristen L. Mix_____
United States Magistrate Judge

Dated:  August 12, 2008

---

[1] An Order Granting Service [Docket No. 17] was previously issued for the defendants not named in this Order, which was executed on January 10, 2008 [Docket No. 18].

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02176-REB-KLM

Dywand Daytron Julien
Prisoner No. 48236
CMRC
2925 E. Las Vegas St.
Colorado Springs, CO 80906

Aristedes W. Zavaras - **WAIVER\***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Aristedes W. Zavaras; and to John Suthers; AMENDED COMPLAINT FILED 12/12/07, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _6/13/08_.

GREGORY C. LANGHAM, CLERK

By:_____
                 Deputy Clerk