IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02176-REB-KLM

DYWAND DAYTRON JULIEN,

    Plaintiff,

v.

KEVIN MILYARD, in his individual capacity, and as Superintendent/Warden employed by the State of Colorado Department of Corrections, in his official capacity,
CAROL SOARES, in her individual capacity, and in her official capacity as associate warden employed by the State of Colorado Department of Corrections,
LLOYD WAIDE, in his individual capacity, and his official capacity as Major employed by the State of Colorado Department of Corrections,
MICHELLE NYCZ, in her individual capacity, and her official capacity as Captain employed by the State of Colorado Department of Corrections,
WELSEY WILSON, in his individual capacity, and his official capacity as Case Manager employed by the State of Colorado Department of Corrections,
JAMES OLSON, in his individual capacity, and his official capacity as Case Manager employed by the State of Colorado Department of Corrections,
JOHN WATTS, in his individual capacity, and his official capacity as Case Manager employed by the State of Colorado Department of Corrections, and
ARISTEDES W. ZAVARAS, in his individual capacity, and his official capacity as Executive Director employed by the State of Colorado Department of Corrections,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion to Stay Dispositive Motions Deadline** [Docket No. 46; Filed September 18, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The parties are directed to contact the Court within **five (5) days** of the date that District Judge Blackburn rules on this Court's Recommendation on Defendants' Motion to Dismiss [Docket No. 44; Filed September 15, 2008] for purposes of re-setting the dispositive motions deadline, if needed.

    Dated:      September 18, 2008